No. 37.   KLOETZER *v.* LOUISVILLE & NASHVILLE RAILROAD CO.   On petition for writ of certiorari to the Appellate Court of Illinois, Fourth District.   June 14, 1951. Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court.   *Roberts P. Elam* for petitioner. *William R. Gentry* and *Harold G. Baker* for respondent.

No. 49.   UNITED STATES *v.* MENOMINEE TRIBE OF INDIANS.   Appeal from the Court of Claims.   July 11, 1951. Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court.   *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.   *Glen A. Wilkinson* for appellee.

No. 123.   PRIEBE & SONS, INC. *v.* HUNT, ADMINISTRATRIX, ET AL.   On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. August 9, 1951.   Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court.   *Casper W. Ooms* for petitioner.   *F.˙O. Richey* and *H. F. McNenny* for respondents.

